ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 2 3 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| UNITED STATES OF AMERICA | Criminal Information |
|---|---|
| v. | No. 1:25-cr-317 |
| RENA BARRETT | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
(15 U.S.C. § 645(a) – False Statement to the SBA)

On or about May 21, 2021, in the Northern District of Georgia, the defendant, **RENA BARRETT**, made and caused to be made a statement she knew to be false, for the purpose of obtaining a loan from the Small Business Administration, and for the purpose of influencing in any way the action of the Small Business Administration. Specifically, the defendant, **RENA BARRETT**, caused to be filed an Economic Injury Disaster Loan (EIDL) application on behalf of D.B. that contained material statements she knew to be false, including statements about D.B.'s monthly gross revenues.

All in violation of Title 15, United States Code, Section 645(a).

THEODORE S. HERTZBERG
*United States Attorney*

ALEX R. SISTLA
*Assistant United States Attorney*
Georgia Bar No. 845602

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2